**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2139 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 28 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 52879 |
| MICHAEL BENSON WOLF, | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 5th of February, 2021, upon consideration of the Verified Statement of Resignation, Michael Benson Wolf is disbarred on consent from the Bar of this Commonwealth, retroactive to March 6, 2015. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board, pursuant to Pa.R.D.E. 208(g).